UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

    *Plaintiffs*,

vs.

FORMSPEC, INC, a Michigan corporation, KANNGG CO., a Michigan corporation, GERALD E. DUROCHER, an individual, and NANCY A. DUROCHER, an individual, jointly and severally,

    *Defendants*.

Case No. 11-cv-14930
Hon. John Corbett O'Meara

---

NOVARA TESIJA, P.L.L.C.
Paul O. Catenacci (P63054)
Kathryne A. Tracey (P79445)
Attorneys for Plaintiffs
2000 Town Center, Suite 2370
Southfield, MI  48075
(248) 354-0380

---

## ORDER LIFTING RESTRAINING ORDER AS TO EASTON ENTERPRISES, INC.

THIS MATTER having come before this Court on Plaintiffs' Motion to lift the restraining order in place as to Easton Enterprises, Inc., a Michigan corporation, and the Court having reviewed the same and being fully advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Easton Enterprises, Inc. is granted relief from this Court's restraining order of June 4, 2015 (the "Restraining Order") as it applies to all Defendants, for the purpose of transferring all equipment and other property belonging to or funds owing to the Defendants being stored or otherwise held by Easton Enterprises, Inc., to allow for seizure, liquidation, and application toward satisfaction of Plaintiffs' judgment.

**IT IS FURTHER ORDERED** that except as otherwise provided herein, all terms and conditions of the June 4, 2015 Restraining Order remain in full force and effect.

**SO ORDERED.**

Date: July 2, 2015                                       s/John Corbett O'Meara
                                                         United States District Judge